UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BUMP HEALTH, INC.,                          :
                                            :
                        Plaintiff,          :        25-CV-10031 (DEH) (RWL)
                                            :
            - against -                      :
                                            :
                                            :        **ORDER**
GLOW BOTANICA, INC. ET AL.,                 :
                                            :
                        Defendant.          :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the case management conference held via Microsoft Teams on May 12, 2026, (1) Defendants shall have until **June 15, 2026**, to appear by counsel; and (2) Defendants' time to respond to Plaintiff's motion for default judgment is extended to **July 15, 2026**. Defendants are reminded that Glow Botanica, Inc. must appear through counsel, and that failure to do so will result in default for that entity. Ms. Herrera may continue to represent herself pro se if she does not retain counsel.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 12, 2026
       New York, New York

Copies transmitted this date to all counsel of record.